UNITED STATES DISTRICT COURT
					DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Gray

    v.                                      Case No. 20-cv-152-PB

NH Department of Corrections et al

					ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 8, 2021, dismiss Mr. Gray's equal protection, ADA, Rehabilitation Act, and RLUIPA claims against all defendants, dismiss his First Amendment claim to the extent it is asserted against the DOC, and drop the DOC from this action. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: June 23, 2021

cc: Jeffrey M. Gray, pro se